Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ANNA MARIA TERRAZAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIA TERRAZAS | Case No.: 1:16-cv-01812-EPG |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 14, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the December 2, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **July 24, 2017**      /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE