1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4     Social Security Administration
      160 Spear Street, Suite 800
5     San Francisco, CA 94105
      Telephone: (415) 977-8995
6     Facsimile: (415) 977-8873
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANNA MARIA TERRAZA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:16-cv-01812-EPG<br><br>STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

1 | The parties hereby stipulate that Defendant shall have an extension of thirty days to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. The current due date is September 14, 2017. The new due date will be October 16, 2017 (the next business day after October 14, 2017). The parties further stipulate that all other dates shall be extended accordingly. Good cause exists for this request because the attorney responsible for briefing has a family emergency and is out of the office.

Respectfully submitted,

DATED: August 30, 2017         *s/ Denise Bourgeois Haley*
                                DENISE BOURGEOIS HALEY
                                Attorney for Plaintiff
                                (as authorized via email)

                                PHILLIP A. TALBERT
                                United States Attorney

DATE: August 30, 2017      By   *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant United States Attorney

                                Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation, Defendant shall have an extension of thirty days to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. The new due date will be October 16, 2017 (the next business day after October 14, 2017). All other dates shall be extended accordingly.

IT IS SO ORDERED.

Dated: **September 1, 2017**

/s/ Erin P. Gros
UNITED STATES MAGISTRATE JUDGE