PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
        E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANNA MARIA TERRAZAS, | Case No: 1:16-CV-01812-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME BY DEFENDANT TO FILE HER RESPONSIVE BRIEF (DEFENDANT'S SECOND REQUEST) |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The parties hereby stipulate through counsel and with the Court's approval that Defendant's time in which file and serve her responsive brief be extended from October 13, 2017, up to and including November 13, 2017. This is the first extension sought by Defendant.

There is good cause for this request. I am in the process of requesting settlement authority from my client and expect a response should be forthcoming within 15 days. Thereafter, I will need time to draft a stipulation and proposed order and discuss the terms of the stipulation with Plaintiff's counsel. I anticipate the entire process will take no longer than 30 days.

This request is made in good faith with no intention to unduly delay the proceedings.

\\\

Counsel for Defendant conferred with Plaintiff's counsel by email on October 13, 2017, who has no opposition to this request.

Respectfully submitted,

Dated: October 13, 2017

PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  October 13, 2017

*/s/Denise Bourgeois Haley, Esq, CSBN:* 143709
By:  Richard M. Rodriguez,
as authorized by email on October 13, 2017
DENISE BOURGEOIS HALEY, ESQ.
Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, the time in which Defendant shall file and serve her responsive brief is extended from October 13, 2017, up to and including November 13, 2017.

IT IS SO ORDERED.

Dated:  **October 16, 2017**    /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE