PHILIP TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANNA MARIA TERRAZAS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No: 1:16-CV-01812-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT FOR PLAINTIFF |

    IT IS HEREBY STIPULATED, by and between Anna Maria Terrazas (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be reversed and remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and de novo decision.

    On remand, the Appeals Council will direct Administrative Law Judge to 1) with the assistance of a vocational expert re-evaluate her findings at steps four and five of the sequential evaluation process and 2) determine whether Plaintiff's past relevant work provided transferable

1

skills that would require little vocational adjustment to other jobs existing in significant numbers in the national economy.

                                  Respectfully submitted,

Dated: November 6, 2017        PHILLIP TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL,
                                       Regional Chief Counsel, Region IX
                                     Social Security Administration

                             By:    */s/Richard M. Rodriguez*
                                     RICHARD M. RODRIGUEZ
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

Dated:  November 6, 2017       */s/ Denise Bourgeois Haley*
                                     By:  Richard M. Rodriguez,
                                     as authorized by email on November 6, 2017
                                   DENISE BOURGEOIS HALEY, ESQ.
                                   CSBN:  143709
                                   Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, this action is reversed and remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and de novo decision.

On remand, the Appeals Council will direct Administrative Law Judge to 1) with the assistance of a vocational expert re-evaluate her findings at steps four and five of the sequential evaluation process and 2) determine whether Plaintiff's past relevant work provided transferable skills that would require little vocational adjustment to other jobs existing in significant numbers in the national economy.

Accordingly, the Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Commissioner of Social Security and to CLOSE this case.

IT IS SO ORDERED.

Dated: **November 6, 2017**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE