Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Anna Maria Terrazas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIA TERRAZAS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-01812-EPG<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Anna Maria Terrazas be awarded attorney fees in the amount of Two Thousand Five Hundred Forty Four dollars ($2,544.00) and expenses in the amount of Sixteen dollars ($16.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Anna Maria Terrazas, the government will consider the matter of Anna Maria Terrazas's assignment of EAJA fees to Denise Bourgeois Haley. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Anna Maria Terrazas, but if the Department of the Treasury determines that Anna Maria Terrazas does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Anna Maria Terrazas.[1] Any payments made shall be delivered to Denise Bourgeois Haley.

This stipulation constitutes a compromise settlement of Anna Maria Terrazas's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Anna Maria Terrazas and/or Denise Bourgeois Haley including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Denise Bourgeois Haley and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: January 9, 2018     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorney for plaintiff Anna Maria Terrazas

DATED: January 10, 2018     McGREGOR W. SCOTT
United States Attorney

/s/ *Richard Rodriguez*

RICHARD RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization

**ORDER**

Pursuant to the parties' Stipulation, IT IS ORDERED that fees and costs in the amount of $2,544.00 and expenses in the amount of Sixteen dollars $16.00 as authorized by 28 U.S.C. §§ 2412(d) and 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **January 16, 2018**   /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE